UNITED STATES OF AMERICA, Respondent, v. NICK VESSA, Appellant.— Appeal dismissed for failure of appellant to comply with terms of order entered March 12, 1929. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

JOHN FRANCIS MCKAY, Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion granted to substitute Anna McKay as administratrix of the personal estate of John Francis McKay, deceased, as claimant and appellant herein in the place and stead of John Francis McKay, deceased. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

CHARLES JACKSON, Respondent, v. WESTERN NEW YORK MOTOR LINES, INCORPORATED, Appellant.— Motion to dismiss appeal granted unless appellant shall file and serve printed briefs by May sixteenth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

LELA JACKSON, Respondent, v. WESTERN NEW YORK MOTOR LINES, INCORPORATED, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed briefs by May sixteenth. Present — Sears, P. J., Crouch, · Taylor, Edgcomb and Crosby, JJ.

JOHN F. DOWNING, Appellant, v. 870 LAFAYETTE AVENUE, INCORPORATED, Respondent.— Motion to dismiss appeal denied, upon condition that appellant waive in writing the bond given by defendant to discharge lien, and file and serve printed papers on appeal by August first. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

MARY FILIZOFF, Respondent, v. ALEX LYZWAH, Appellant.— Appeal dismissed unless appellant shall file and serve printed briefs by July seventh. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

HELENA F. COLLINS, Respondent, v. CENTRAL TRUST COMPANY OF ROCHESTER, NEW YORK, and Another, as Executors, etc., of J. RAYMOND KELLY, Deceased, · Appellants.— Order entered March 12, 1929, modified so as to permit the defendants to bring their appeal to argument after the determination of the appeal taken by plaintiff from an order granting a motion for a new trial on the ground of newly-discovered evidence. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

ANGELINA AMICO, Respondent, v. SALVATORE ÁRDELIO and Another, Appellants. —Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

LUIGI AMICO, Respondent, v. SALVATORE ARDELIO and Another, Appellants.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

PETER GILMAN, Respondent, v. EDGAR N. FOX, Appellant.— Motion to dismiss appeal denied, upon condition that appellant shall be ready to argue the appeal at the opening of the September term, and shall pay to respondent's attorney ten dollars. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

LEO GILMAN, by PETER GILMAN, His Guardian ad Litem, Respondent, v. EDGAR N. FOX, Appellant.— Motion to dismiss appeal denied, upon condition that appellant shall be ready to argue the appeal at the opening of the September term, and shall pay to respondent's attorney ten dollars. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

REVA S. HILLIGAS, an Infant, by HAROLD A. SPENCER, Her Guardian ad Litem, Appellant, v. FREDERICK HILLIGAS and Another, Respondents.—Appeal dismissed

without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

Reva S. Hilligas, an Infant, by Harold A. Spencer, Her Guardian ad Litem, Appellant, v. Frederick Hilligas and Another, Respondents.—Appeal dismissed, without costs, upon stipulation filed. ·Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

Orrin E. Dunlop, Respondent, v. Edward B. Harold, Appellant.— Order reversed and order granted overruling objections and allowing defendant to allege in his answer same facts as a defense, without costs. (See Rules Civ. Prac. rules 107 and 108.) All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Application for the Appointment of a Committee of the Person and Property of Lavina Fidler, an Alleged Incompetent Person.— Order reversed, without costs, and order granted, referring the question of residence to Hon. Irving R. Devendorf, official referee, to take the proof and report the same with his opinion thereon to the Courty Court in aid of the motion. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

Fort Schuyler Farms, Incorporated, Respondent, v. Harry Fischbach, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Estate of Howard Jessmore, Deceased.— Decreed affirmed, with costs, on the ground that even under the proof adduced by the appellant, her right to possession of the key was simply as agent for the deceased and did not survive his decease. No question as to the title or right to possession of the contents of the safe deposit box is involved in this proceeding. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Final Judicial Settlement of the Accounts of Charles A. Peck and Others, as Surviving Executors, etc., of George H. Wilson, Deceased. — Decree, so far as appealed from, affirmed, with costs to respondents payable out of the estate. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Application of G. Howard Dickens and Another, Respondents, for the Appointment of Commissioners to Assess the Damages for Change of Grade on Summit Street, in the Village of Middleville, Herkimer County, New York, Appellant.— Order affirmed, with costs. All concur, except Taylor and Crosby, JJ., who dissent and vote for dismissal of the appeal on the ground that no appeal lies from an interlocutory judgment in condemnation proceedings. (See Condemnation Law, §§ 19 and 20; *Stillwater, etc., R. R. Co.* v. *B. & M. R. R. Co.*, 67 App. Div. 367; appeal dismissed, 170 N. Y. 573; *Village of St. Johnsville* v. *Smith*, 61 App. Div. 380; *County of Orange* v. *Storm King Stone Co.*, 180 id. 208, 210.) Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Application of Clarence H. Strobel, Respondent, for the Appointment of Commissioners to Assess the Damages for Change of Grade on Summit Street, in the Village of Middleville, Herkimer County, New York, Appellant.— Order affirmed, with costs. All concur, except Taylor and Crosby, JJ., who dissent and vote for dismissal of the appeal on the ground that no appeal lies from an interlocutory judgment in condemnation proceedings. (See Condemnation Law, §§ 19 and 20; *Stillwater, etc., R. R. Co.* v. *B. & M. R. R. Co.*, 67